MARCH 4, 1991

No. 89–609.   PUCKETT ET AL. *v.* NATIVE VILLAGE OF TYONEK ET AL.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oklahoma Tax Comm'n* v. *Citizen Band of Potawatomi Tribe of Okla.*, 498 U. S. 505 (1991). ▮

No. 89–6932.   MULLIS *v.* UNITED STATES; and HOMICH *v.* UNITED STATES.   C. A. 11th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Gozlon-Peretz* v. *United States*, 498 U. S. 395 (1991). Reported below: 887 F. 2d 1091 (first case); 888 F. 2d 1395 (second case).

No. 90–892.   CITY OF SEATTLE *v.* FIRST COVENANT CHURCH OF SEATTLE, WASHINGTON.   Sup. Ct. Wash.   Motions of National Trust for Historic Preservation in the United States and Municipal Art Society of New York, Inc., for leave to file briefs as *amici curiae* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Employment Div., Dept. of Human Resources of Ore.* v. *Smith*, 494 U. S. 872 (1990). ▮

No. D–948.   IN RE DISBARMENT OF PERLOW.   Disbarment entered.   [For earlier order herein, see 498 U. S. 956.]

No. D–952.   IN RE DISBARMENT OF PORTER.   Disbarment entered.   [For earlier order herein, see 498 U. S. 978.]

No. D–953.   IN RE DISBARMENT OF KANAREK.   Disbarment entered.   [For earlier order herein, see 498 U. S. 978.]

No. D–972.   IN RE DISBARMENT OF PENNELL.   It is ordered that Edwin Adam Pennell, of Dunnellon, Fla., be suspended from

901

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–973. IN RE DISBARMENT OF SHANZER. It is ordered that Neil Arthur Shanzer, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–974. IN RE DISBARMENT OF BOWERS. It is ordered that Charles B. Bowers, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–975. IN RE DISBARMENT OF HEIDECKE. It is ordered that Richard A. Heidecke, Jr., of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–976. IN RE DISBARMENT OF HESS. It is ordered that David Alan Hess, of Lubbock, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–977. IN RE DISBARMENT OF ZAHARIA. It is ordered that Paul Zaharia, of Venice, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–978. IN RE DISBARMENT OF MCCLURE. It is ordered that Corrine Anderson McClure, of Bradenton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–979. IN RE DISBARMENT OF MCSHIRLEY. It is ordered that Donald Kent McShirley, of Sarasota, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.